IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD C. NITZ**,

Petitioner,

v.

**DONALD HULICK,**

Respondent.  No. 07-0520-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On January 9, 2008, the Court stayed this matter to allow Nitz to exhaust his administrative remedies (Doc. 23). The Court **DIRECTS** the parties to inform the Court in writing on or before March 14, 2011 the status of this case.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2011.

David R. Herndon
2011.02.28
11:19:12 -06'00'

**Chief Judge
United States District Court**